UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| V | § CASE NO: SA:17-CR-702 (1) FB |
| TRAMONE MYKEL ANDERSON | § § § |

### ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel. Therefore, **Thomas Joseph McHugh** is hereby **APPOINTED** to represent the defendant in the above-styled and numbered cause.

The appointment shall, remain in effect until terminated or a substitute attorney is appointed or retained.

Signed on 13 day of November, 2017.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE